## Clater v. The State.

APPEAL from Russell Circuit Court.

Tried before the Hon. J. W. FOSTER.

W. J. BOYKIN, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for receiving property knowing it to be stolen. Reversed and remanded.
Opinion by HARALSON, J.

---

## Robinson v. The State.

APPEAL from Mobile City Court.

Tried before the Hon. O. J. SEMMES.

CHAS. L. BROMBERG, JR., for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for larceny from a dwelling house. Reversed and remanded.
Opinion PER CURIAM.

---

## Miller v. The State.

APPEAL from St. Clair Circuit Court.

Tried before the Hon. LEROY F. BOX.

J. J. ALTMAN, for appellant.